IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:11cr182-WHA |
| JOSEPH KYLE EDBERG ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Continue Trial and Motion to Seal (Doc. #40). Upon consideration, it is hereby

ORDERED that the Motion to Seal and the Motion to Continue Trial are both GRANTED. The court finds that for the reason that additional time is necessary to complete investigation into the possibility of treatment, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.

It is further ORDERED that the case is CONTINUED from the term of court commencing May 21, 2012, and RESET for the term of court in Dothan, Alabama, commencing June 18, 2012.

In granting this continuance, the court wishes to make clear that this will not be an open-ended continuance and that defense counsel should work directly with the Defendant's local supervising probation officer in investigating any potential treatment facilities. This court will rely heavily on recommendations from the probation office in that regard.

DONE this 9th day of May, 2012.

                                            /s/ W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE